IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTINE EMANUELSON,<br><br>Plaintiff,<br><br>v.<br><br>UTAH COUNTY SHERIFF'S SGT. CHRIS SAINSBURY and SGT. RYAN CLARK,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:18-cv-00971-CW-DAO<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Daphne A. Oberg |

    This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to Magistrate Judge Evelyn J. Furse pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 9.) On May 15, 2020, the case was reassigned to Magistrate Judge Daphne A. Oberg. (ECF No. 62.) On June 14, 2021, Magistrate Judge Oberg issued a Report and Recommendation, recommending that the court grant Defendants' motion for summary judgment and dismiss this action with prejudice. (ECF No. 96.) Ms. Emanuelson did not file an objection and the time to do so has expired.[1] After having reviewed the file *de novo*, the court **APPROVES** and **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety, and for the reasons stated

---

[1] Pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, Ms. Emanuelson had fourteen (14) days to file objections to Judge Oberg's Report and Recommendation, but she failed to do so.

therein, hereby **GRANTS** Defendants' motion for summary judgment (ECF No. 88) and **DISMISSES** the action **WITH PREJUDICE**.

DATED August 23, 2021.

BY THE COURT:

_____
Clark Waddoups
United States District Judge